**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00747-CV

**MORRIS MILLER, Appellant**

**V.**

**DESIGN MASTERPIECE LANDSCAPE, INC., Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-14-110**

## ORDER

Before the Court is court reporter Deborah Hamon's October 17, 2016 request for extension of time to file the reporter's record. The Court **GRANTS** Ms. Hamon's request. We **ORDER** Ms. Hamon to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE